IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| J W SEALS, JR., VERGIE SEALS, AND MARIE L. PAGE, § § § | |
| *Plaintiff*, § | |
| § | CIVIL ACTION NO. 1:22-CV-383-MJT-CLS |
| v. § § | |
| ITEX GROUP LLC, § § | |
| *Defendant*. § | |

**ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiffs J W Seals, Jr., Vergie Seals, and Marie L. Page, proceeding *pro se*, bring this suit alleging claims related to the conditions of Defendant's apartment buildings under the Fair Housing Act, Americans with Disabilities Act, and other state claims. The District Court referred this proceeding to the Honorable Christine L. Stetson, United States Magistrate Judge, to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters. On February 13, 2023, the Magistrate Judge entered a Report and Recommendation [Dkt. 24] in which she recommended that Plaintiffs' Motion for Contempt [Dkt. 18] be denied. To date, the parties have not filed objections to the report.

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence. After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

It is therefore **ORDERED** that the Report and Recommendation of the United States Magistrate Judge [Dkt. 24] is **ADOPTED**. Plaintiffs' Motion for Contempt [Dkt. 18] is **DENIED**.

**SIGNED this 9th day of March, 2023.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge